**RICHARD A. FOGEL, ESQ. (RAF 0792)**
LAW OFFICES OF RICHARD A. FOGEL, P.C.
389 Cedar Avenue
Islip, N.Y. 11751-4627
(516) 721-7161

Counsel for Defendants

-----------------------------------------------------------------X
ALLSTATE LIFE INSURANCE COMPANY,

                Plaintiff,

vs.

WILLIAM HENRY McNEAR III and
KETHRYN McNEAR,

                Defendants.
-----------------------------------------------------------------X

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
2:15-cv-07597-SRC-CLW

STIPULATION
(SO ORDERED)

IT IS HEREBY STIPULATED AND AGREED TO by and between the undersigned attorneys on behalf of the respective parties, that copies of the court filed documents in this case shall be deleted from the *Justia* website and other websites that contain similar copies.

_____
Jack N. Frost Jr. Esq.
Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, N.J. 07932-1047
(973) 549-7000

Counsel for Plaintiff

_____
Richard A. Fogel, Esq.
Law Offices of Richard A. Fogel, P.C.
389 Cedar Avenue
Islip, New York 11751-4627
(516) 721-7161
(631) 650-5254 (Fax)

Counsel for Defendants

So Ordered this 21st day of December, 2016

_____
Hon. CATHY L. WALDOR